**Douglas Hiram COLEMAN, Appellant,**

v.

**DULUTH POLICE DEPARTMENT, Defendant,**

**Chief Gordon Ramsay; Officer Tinsley, and other unidentified Duluth Police Officers, both individually and in their official capacity; Ford Du Luth Casino–Security; Unidentified Security Officers, both individually and in their official capacity; Jim Urness, Manager/ Chief of Security, both individually and in his official capacity, Appellees.**

No. 09–2002.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 7, 2010.

Filed: April 12, 2010.

Before MELLOY, BOWMAN, and
SMITH, Circuit Judges.

PER CURIAM.

Douglas Coleman appeals the district court's[1] adverse grant of motions to dismiss and for summary judgment in his 42 U.S.C. § 1983 action. Following careful de novo review of the record, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Coleman's pending motion.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.